UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JADA MARIE VAUGHN,

       Plaintiff,                                Case No. 20-cv-11658
                                                  Hon. Matthew F. Leitman

v.

BRIAN WILSON, *et al.*,

       Defendants.

_____/

**ORDER TERMINATING DEFENDANTS'**
**MOTION TO DISMISS (ECF No. 21) AS MOOT**

      On August 31, 2020, Defendants Correct Care Solutions, Danielle Veatch, Joyce Woodiwiss, and Evan Soltis (the "CCS Defendants") filed a motion to dismiss the claims brought against them by Plaintiff Jada Marie Vaughn in her Complaint. (*See* Mot. to Dismiss Compl., ECF No. 21.)  After the CCS Defendants filed that motion, Vaughn filed a First Amended Complaint. (*See* First Am. Compl., ECF No. 23.)

      The CCS Defendants have now moved to dismiss the First Amended Complaint. (*See* Mot. to Dismiss First Am. Compl., ECF No. 27.)  Accordingly, because the CCS Defendants have filed a new motion to dismiss the First Amended Complaint, the Court **TERMINATES AS MOOT** their motion to dismiss the initial Complaint (ECF No. 21).

      **IT IS SO ORDERED**.

                                                    s/Matthew F. Leitman
                                                    MATTHEW F. LEITMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated:  October 30, 2020

2

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 30, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9761
