UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JADA MARIE VAUGHN,

      Plaintiff,                                     Case No. 20-cv-11658
                                                   Hon. Matthew F. Leitman

v.

BRIAN WILSON, *et al.*,

      Defendants.

_____/

### ORDER (1) GRANTING DEFENDANTS' MOTION TO SEAL (ECF No. 26); AND (2) GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS (ECF No. 27)

On October 5, 2020, Defendants Correct Care Solutions ("CCS"), Danielle Veatch, Joyce Woodiwiss, and Evan Soltis filed two motions: (1) a motion to seal certain medical records and (2) a motion to dismiss the claims brought against them by Plaintiff Jada Marie Vaughn in her First Amended Complaint. (*See* Mot. to Seal, ECF No. 26; Mot. to Dismiss, ECF No. 27.) The Court held a video hearing on the two motions on February 3, 2021. (*See* Notice of Hearing, ECF No. 36.) For the reasons stated on the record during the motion hearing, **IT IS HEREBY ORDERED** as follows:

- The motion to seal (ECF No. 26) is **GRANTED**;

- The motion to dismiss (ECF No. 27) is **GRANTED** with respect to the claims brought against CCS and Defendant Woodiwiss; and

1

- The motion to dismiss (ECF No. 27) is **DENIED** with respect to the claims brought against Defendants Veatch and Soltis.

If, during discovery, Vaughn discovers information that would allow her, in good faith, to reassert her dismissed claims against CCS and/or Woodiwiss, she may promptly file a motion for leave to file a Second Amended Complaint. If Vaughn timely files such a motion, the Court will carefully consider it and consider all arguments Defendants may make in opposition to the motion.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 3, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 3, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9761