## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

JADA MARIE VAUGHN, as Personal
Representative of the Estate of
TERRANCE SHEREL VAUGHN, SR., deceased

     Plaintiff,       Case No.: 4:20-cv-11658
              Hon. Matthew F. Leitman

-v-

BRIAN WILSON, individually;
CHARLES JANCZAREK, individually;
ERIC HIX, individually;
RUBEN GARCIA, individually;
RYAN GARRARD, individually;
EVAN SOLTIS, individually;
DANIELLE VEATCH, LPN, individually, and,
OAKLAND COUNTY, a Michigan governmental subdivision,

     Defendants.

_____/

## ORDER FOR THIRD EXTENSION OF
## SCHEDULING ORDER DATES

Upon good cause pursuant to Plaintiff's Motion for Third Adjournment of

Discovery Dates for an Additional 60 Days and First Request for Adjournment of

the Balance of Scheduling Order by 60 days, IT IS ORDERED that the dates

contained in the Court's May 11, 2021, Order (ECF No. 43) are EXTENDED as

follows:

| EVENT | DEADLINE |
|---|---|
| Fact Discovery Cutoff | December 6, 2021 |
| Rule 26(a)(2) Proponent Expert Disclosures | December 17, 2021 |
| Rule 26(a)(2) Rebuttal Expert Disclosures | January 17, 2021 |
| Expert Discovery Cutoff | June 29, 2022 |
| Dispositive Motions and Challenges to Experts | February 7, 2022 |
| Rule 26(a)(3) Pretrial Disclosures | May 16, 2022 |
| Motions *in Limine* | June 6, 2022 Response briefs due 10 days after filing, but not later than June 17, 2022. Reply briefs due 5 days after responses are filed, but not later than June 23, 2022. |
| Final Pretrial Order | June 29, 2022 |
| Final Pretrial Conference | July 13, 2022 at 1:30 p.m. |
| Trial Date | July 26, 2022 at 9:00 a.m. |
| **JURY TRIAL** | |

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  October 8, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 8, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764