UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JADA MARIE VAUGHN,

       Plaintiff,

Case No. 20-cv-11658
Hon. Matthew F. Leitman

v.

BRIAN WILSON, *et al.*,

       Defendants.
_____/

## ORDER (1) TERMINATING MOTION FOR RECONSIDERATION (ECF No. 81) AND (2) GRANTING DEFENDANT EVAN SOLTIS LEAVE TO FILE A SECOND SUMMARY JUDGMENT MOTION

On March 30, 2023, the Court entered an order in which it denied Defendant Evan Soltis' motion for summary judgment. (*See* Order, ECF No. 80.) Soltis has now filed a motion for reconsideration. (*See* Mot., ECF No. 81.)

The Court held an on-the-record status conference with counsel to discuss Soltis' motion for reconsideration on February 12, 2024. For the reasons explained during the status conference, the Court (1) **TERMINATES** Soltis' motion for reconsideration **WITHOUT PREJUDICE** and (2) **GRANTS** Soltis leave to file a second summary judgment motion.

Soltis shall file his second motion for summary judgment by no later than **March 11, 2024**.

1

Plaintiff Jada Marie Vaughn shall file her response to Soltis' second motion for summary judgment by no later than **April 8, 2024**.

Soltis shall file a reply brief by no later than **April 22, 2024**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 12, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 12, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126