UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JADA MARIE VAUGHN,

    Plaintiff,

Case No. 20-cv-11658
Hon. Matthew F. Leitman

v.

BRIAN WILSON, *et al.*,

    Defendants.
_____/

## ORDER (1) STAYING ACTION AND (2) ADMINISTRATIVELY TERMINATING MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE (ECF No. 92)

On March 11, 2024, Defendant Evan Soltis filed a motion for summary judgment in this action. (*See* Mot., ECF No. 92.) The Court set the motion for a November 13, 2024, hearing (*see* Notice of Hearing, ECF No. 98), and the Court was prepared to hear argument from the parties on that date and issue a ruling on the motion shortly thereafter. On the morning of the hearing, counsel for Soltis informed the Court that Soltis' employer, Wellpath LLC, had filed for Chapter 11 bankruptcy in the days leading up to the hearing. Counsel therefore asked the Court to delay ruling on the motion due to the pending bankruptcy.

Following a constructive discussion with counsel on the record, both counsel and the Court agreed that the most efficient path forward is as follows. The Court will **STAY** this action to allow the parties to investigate what impact, if any,

1

Wellpath's bankruptcy has on this action. In addition, the Court will administratively **TERMINATE** Solits' pending motion for summary judgment (ECF No. 92) **WITHOUT PREJUDICE**. That motion may be reinstated, if necessary, once the Court and parties receive further clarity on the impact of Wellpath's bankruptcy. Finally, the Court will set a status conference in this action for some time after April 1, 2025, to receive an update from the parties on the status of the bankruptcy. The Court believes that given the complexity of Wellpath's pending bankruptcy, counsel will need that amount of time to fully consider and determine the appropriate next steps in this action.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  November 13, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 13, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126