UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JADA MARIE VAUGHN,

Plaintiff,

Case No. 20-cv-11658
Hon. Matthew F. Leitman

v.

BRIAN WILSON, *et al.*,

Defendants.

______________________________/

**ORDER GRANTING DEFENDANT EVAN SOLTIS' MOTION FOR SUMMARY JUDGMENT (ECF No. 111)**

On October 26, 2026, the Court held a hearing on Defendant Evan Soltis' motion for summary judgment. (*See* Mot., ECF No. 111.) For the reasons explained in detail on the record, the motion is **GRANTED**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 26, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 26, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126