UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JADA MARIE VAUGHN,

Plaintiff,

Case No. 20-cv-11658
Hon. Matthew F. Leitman

v.

BRIAN WILSON, *et al.*,

Defendants.

______________________________________________________________/

**JUDGMENT**

In accordance with the orders entered on this day, on February 3, 2021, September 7, 2022, and March 30, 2023,

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of all Defendants and against Plaintiff.

KINIKIA ESSIX
CLERK OF COURT

By: s/Holly A. Ryan
Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: October 26, 2026
Detroit, Michigan